United States of America
    Plaintiff

-vs-

Ryan Reese
    Defendant

09/15/2021

Case No. 3:20-cr-117 (4)

Judge Michael J. Newman

I Ryan Reese Am writing This letter To inform you of The lack of Trust and The lack of confidence I have in my lawyer Mr. Vincent Popp And Why I feel As if he's not fighting for my freedom. The reason I lack Trust in Mr. Popp is because I Asked for several motions to be put in and he hasn't filed not one motion I Asked for Which violates my due process. We are A few months away from Trial and Mr. Popp has not came up with A defence Strategy or even an idea of a defence to prove my innocents and has Told me I will lose At Trial, so I feel if he already Thinks and know in his mind I will lose before The fight has began And When it is time to fight for my freedom he won't because he had his mind set on losing from The beginning. I Am a nice respectfull young man whose never been to jail until now And I've been working since I was 15 I Also been taking care of my two kids and There mother since They were born. I refuse to lose my life for something I did not do. Judge Newman I Am respectfully asking you to remove Mr. Popp from my case so I can have + fair chance at fighting for my freedom. Please and Thank you

Respectfully,

Ryan C. Reese Sr.

Ryan Reese 20004406
330 W Second St
Dayto OH, 45406

Judge Michael J. Newman
200 W Second St Room 712
Dayton OH, 45402

45402-147287

COLUMBUS OH 430
20 SEP 2021 PM 5 L

