UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                             Case No. 3:20-cr-117-4

vs.

RYAN REESE,                                 District Judge Michael J. Newman
                                                         Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 106)

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 106. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in Count 1 of the Indictment currently pending against him, which charges him with conspiracy to kidnapping resulting in death, in violation of Title 18 U.S.C. § 1201(c). Doc. Nos. 21, 104. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **May 17, 2022 at 2:00 p.m.**

    **IT IS SO ORDERED.**

    February 15, 2022                             /s Michael J. Newman
                                                        Hon. Michael J. Newman
                                                         United States District Judge